IN THE SUPREME COURT OF THE STATE OF NEVADA

LUCKY CAB CO., A NEVADA
CORPORATION; AND WESTERN CAB
COMPANY, A NEVADA CORPORATION,
Appellants,
vs.
THE STATE OF NEVADA, EX REL.,
NEVADA TAXICAB AUTHORITY;
UNION CAB, LLC, A NEVADA LIMITED
LIABILITY COMPANY; ACE CAB, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; A NLV CAB LLC, A NEVADA
LIMITED LIABILITY COMPANY;
VEGAS-WESTERN CAB, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; YCS ACQUISITION, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; CAB TRANSPORT, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; TAXI TRANSPORT, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; AND TWENTY FIRST
CENTURY TAXI, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Respondents.

No. 79548

FILED

DEC 2 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

19-51994

cc:    Hon. Nancy L. Allf, District Judge
Ara H. Shirinian, Settlement Judge
Greenberg Traurig, LLP/Las Vegas
Attorney General/Carson City
Attorney General/Las Vegas
Hejmanowski & McCrea LLC
Marc C. Gordon
Eighth District Court Clerk